IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| LUIS ALBERTO FRAUSTO-GONZALEZ | § | |
| VS. | § | CIVIL ACTION NO. 5:22cv47 |
| WARDEN S. SALMONSON | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Petitioner Luis Alberto Frausto-Gonzalez, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

On May 10, 2022, petitioner was ordered to submit the filing fee or an application to proceed *in forma pauperis* accompanied by a statement of his inmate trust account for the preceding six months. The order provided twenty (20) days within which to comply.

FED. R. CIV. P. 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co.,* 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962).

As of this date, petitioner has not complied with the order of the court.[1] Thus, petitioner has failed to diligently prosecute this case. Accordingly, this case should be dismissed without prejudice for want of prosecution pursuant to FED. R. CIV. P. 41(b).

---

[1] It is noted that the copy of the order mailed to petitioner was returned to the court with the notation "Refused Unable to Forward." Petitioner, however, has failed to provide the court with a current address at which he may be contacted.

### Recommendation

This case should be dismissed without prejudice for want of prosecution.

### Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. *See* 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this the 20th day of July, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE